## IN THE MIDDLE DISTRICT OF FLORIDA
## UNITED STATES DISTRICT COURT
## TAMPA DIVISION

**SCOTT CARMAN,**

     **Plaintiff,**

**vs.**                                 **CASE NO.:**

**CITY OF LAKE WALES, FLORIDA,**

     **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, SCOTT CARMAN, by and through his undersigned counsel, hereby sues the Defendant, CITY OF LAKE WALES, FLORIDA, and alleges as follows:

## JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 because this civil action arises under the Constitution, laws, or treaties of the Untied States.

2.     Venue lies within the United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b) because Plaintiff resides in this Judicial District and

because a substantial part of the events giving rise to this claim occurred in this Judicial District.

## ADMINISTRATIVE PREREQUISITES

3.      All conditions precedent to bringing this action have occurred.

4.      Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC) and Florida Commission on Human Relations (FCHR).  A copy of the charge is attached as Exhibit "A".

5.      More than 60 days have passed since the filing of this charge.

## PARTIES

6.      Plaintiff, SCOTT CARMAN, is a resident of Polk County, Florida.

7.      Defendant, CITY OF LAKE WALES, FLORIDA., is a Florida municipality department with offices and operations within this Judicial District.

8.      Defendant, CITY OF LAKE WALES, FLORIDA. is an employer as defined by the laws under which this action is brought and employs the required number of employees.

## FACTUAL ALLEGATIONS

9.      Plaintiff is a fifty (50) year old male with over twenty years' experience as a Fire Fighter.

10.     Plaintiff is friends with many Fire Fighters who are currently employed for the City of Lake Wales Fire Department and recommended that he

2

apply for an open position.

11.    On December 26, 2024, Plaintiff applied for an open Fire Fighter position with the City of Lake Wales Fire Department.

12.    Plaintiff had not received a response regarding his application so on January 8, 2025, he sent a text to Lieutenant Caleb Simpson asking if he had heard from anyone.

13.    On January 9, 2025, Plaintiff received a text message from Lieutenant Caleb Simpson advising that he had talked to Lieutenant Brian Patterson and his supervisor Deputy Chief Shad Smith about the application. Plaintiff was told Deputy Chief Shad Smith didn't want to hire him because of his age.  A copy of the text messages with Lieutenant Caleb Simpson is attached as Exhibit "B".

## COUNT I
## AGE DISCRIMINATION PURSUANT TO
## THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967 ("ADEA")

14.    Plaintiff realleges and adopts the allegations in paragraphs 1 through 13 as if set out in full hereafter.

15.    Plaintiff is a member of a protected class under the Age Discrimination in Employment Act of 1967 (hereinafter "ADEA"), 29 U.S.C. §621, et seq.

16.     By the conduct described above, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on account of age in violation of the ADEA.

17.     Defendant knew, or should have known of the discrimination.

18.     As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer damages.

**WHEREFORE**, Plaintiff, SCOTT CARMAN, prays for a judgment against the Defendant and for the following relief:

        a.     Back pay and benefits;

        b.     Interest on back pay and benefits;

        c.     Front pay and benefits;

        d.     Liquidated damages;

        e.     Costs and Attorneys' Fees;

        g.     Injunctive relief;

        h.     For any other relief this Court deems just and equitable.

## <u>DEMAND FOR JURY TRIAL</u>

19.     Plaintiff, SCOTT CARMAN, requests a jury trial on all issues so triable.

DATED this 6th day of August, 2025.

**FLORIN|GRAY**

*/s/ Miguel Bouzas*
**MIGUEL BOUZAS, ESQUIRE**
Florida Bar No.: 48943
MBouzas@floringray.com
angela@floringray.com
WOLFGANG M. FLORIN, ESQUIRE
Florida Bar No.: 907804
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 254-5255
Facsimile (727) 483-7942
Attorney for Plaintiff